```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GAIL KITT,                                                        :
                                                                  :
                         Plaintiff,                               :
                                                                  :    19-cv-6632 (LJL)
            -v-                                                   :
                                                                  :    ORDER
ANDREW SAUL,                                                      :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are directed to appear for a telephonic argument on December 2, 2020 at 11:00 a.m.  Parties are directed to call 888-251-2909 and use the access code 2123101.

      SO ORDERED.

Dated: November 23, 2020
       New York, New York

                                                   LEWIS J. LIMAN
                                          United States District Judge